Nina Rabin, AZ Bar #025246
Workers' Rights Clinic
James E. Rogers College of Law, Univ. of Arizona
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (520) 621-9206
Fax: (520) 626-5233
rabin@email.arizona.edu

Attorney for plaintiff Maria Silvia Quiroz Mendoza

**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA SILVIA QUIROZ MENDOZA, | |
| | Case No. 4:16-cv-00285-JGZ |
| Plaintiff | |
| | |
| v. | |
| | NOTICE OF VOLUNTARY |
| MARIA RAMIREZ; JUAN RAMIREZ; EMMA RAMIREZ; RAMIREZ RESTAURANTS 2, LLC, DBA LOS BETOS; LOS BETOS INA ROAD, LLC, DBA LOS BETOS; LOS BETOS ST. MARY'S, LLC, DBA LOS BETOS, AND RAMIREZ RESTAURANTS, LLC, DBA LOS BETOS, | DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| Defendants. | |

Plaintiff Maria Silvia Quiroz Mendoza hereby dismisses the above captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have neither filed an answer nor a motion for summary judgment. Accordingly, the Plaintiff may dismiss this action without a court order.

1   Tucson, AZ
2   July 26, 2016
3
4                                          Respectfully submitted,
5
6                                          BY: _____/s/_____
7                                                Nina Rabin
8                                                Attorney for Plaintiff